IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:12CR3129** |
| vs. | |
| DANIEL STRATMAN, | **MEMORANDUM AND ORDER** |
| Defendant. | |

IT IS ORDERED:

1)    The government's unopposed motion to continue the Rule 16 discovery deadline and the status conference, (Filing No. 13), is granted.

2)    The deadline for exchanging Rule 16 discovery is extended to March 25, 2013.

3)    A status conference will be at 11:00 a.m. on April 16, 2013 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant, defense counsel, and counsel for the government shall attend the conference.

4)    The Court further finds that the time between today's date and April 16, 2013 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

February 25, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge