IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DANIEL STRATMAN,<br><br>           Defendant. | 4:12-CR-3129<br><br>ORDER |

    This matter is before the Court on the plaintiff's Motion to Dismiss Information (filing 23). The defendant does not object. Therefore, pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the information, without prejudice.

    IT IS ORDERED that the plaintiff's motion to dismiss (filing 23) is granted, and this case is dismissed without prejudice.

    Dated this 2nd day of July, 2013.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge